IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR COLUMBIA COUNTY
CIVIL DIVISION

ROBERT T. CORDLE,

    Plaintiff,

vs.

TOBY MIMS and SAVAGE
SERVICES CORPORTATION,

    Defendants.

_____/

CASE NO.:

DIVISION:

3:13-CV-133-J-12JRK

## FIRST AMENDED COMPLAINT

Plaintiff, ROBERT T. CORDLE, sues the Defendants, TOBY MIMS and SAVAGE SERVICES CORPORATION, and shows unto this Honorable Court as follows:

1. This is a claim for damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of costs and fees.

2. Defendant, SAVAGE SERVICES COROPATION, is a corporation licensed to do business in the state of Florida.

3. That on December 28, 2011, Plaintiff, ROBERT T. CORDLE, was the owner and operator of a 1991 Oldmobile motor vehicle and was operating said motor vehicle on US 90 in Columbia County, Florida.

4. That at the aforesaid time and place, Defendant, TOBY MIMS, was the operator of a 2009 Mack motor vehicle, owned by the Defendant, SAVAGE SERVICES CORPORATION, and was operating said motor vehicle with the consent and knowledge of Defendant, SAVAGE SERVICES COMPANY, and was operating said motor vehicle within the course and scope of his employment by Defendant, SAVAGE SERVICES

1

COMPY, and did operate said motor vehicle in such a negligent and careless manner as to cause it to be struck by the motor vehicle being driven by the Plaintiff, ROBERT T. CORDLE.

5.  As a result, the Plaintiff, ROBERT T. CORDLE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical, nursing, and hospitalization expenses, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money and aggravation of a previously existing injury. The losses are either permanent in nature or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, ROBERT T. CORDLE, sues the Defendants, TOBY MIMS and SAVAGE SERVICES CORPORATION, and claims damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), together with costs and respectfully demands a trial by jury.

Dated this 6 day of ~~October~~ November, 2012.

PATRICK D. BRANNON, ESQUIRE
AGGRESSIVE LAW GROUP, PA
Post Office Box 3342
Tampa, Florida 33601
(813) 223-6200
(813) 223-6900 fax
Florida Bar#: **745081**
Attorney for Plaintiff

2